FILED

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

MAR 16 2021

U.S. DISTRICT COURT-WVND
MARTINSBURG. WV 25401

UNITED STATES OF AMERICA,

v.

QUADIRI AYODELE,

Defendant.

Criminal No. _1:21CR24_

Violations:   18 U.S.C. § 1791(a)(2)
18 U.S.C. § 1791(b)(3)

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Attempt to Obtain a Prohibited Object (Marijuana))

On or about April 4, 2019, in Gilmer County, in the Northern District of West Virginia, defendant **QUADIRI AYODELE**, an inmate in the custody of the Bureau of Prisons at the Federal Correctional Institution Gilmer, attempted to obtain a prohibited object, that is, marijuana, a schedule I narcotic controlled substance, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Christopher L. Bauer
Assistant United States Attorney